211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **09−67827−mbm**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
    Mary A Jaboro
    48129 Beacon Square
    Macomb, MI 48044

Social Security No.:
    xxx−xx−1618

Employer's Tax I.D. No.:

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtors did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: 12/15/09

                              BY THE COURT

                              Katherine B. Gullo , Clerk of Court
                              UNITED STATES BANKRUPTCY COURT